**IN THE UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **BOYER, JR.,** *et al.*, | **CASE NO. 2:2025cv00510** |
| **Plaintiff,** | **JUDGE JAMES L. GRAHAM** |
| **v.** | **MAGISTRATE S. COURTER SHIMEALL** |
| **FIRST AMERICAN TITLE INSURANCE COMPANY,** | |
| **Defendant.** | |

## NOTICE OF CHANGE OF LAW FIRM AND ADDRESS OF COUNSEL

PLEASE TAKE NOTICE that Nicholas Capotosto, counsel for Defendant First American

Title Insurance Company in this matter, has changed firms.  The new contact information for Mr.

Capotosto is as follows:

> Nicholas Capotosto, 0076436
> SIKORA LAW LLC
> 737 Bolivar Road, Suite 270
> Cleveland, Ohio 44115
> Telephone: (440) 266-7777
> Fax: (440) 266-7778
> Email: ncapotosto@sikoralaw.com

Attorney Capotosto will remain as lead counsel for Defendant First American Title Insurance

Company.

> Respectfully submitted,
>
> SIKORA LAW LLC
>
> */s/ Nicholas Capotosto*
> Nicholas Capotosto (0076436)
> 737 Bolivar Road, Suite 270
> Cleveland, Ohio 44115
> ncapotosto@sikoralaw.com
> Tel: (440) 266-7777
> Fax: (440) 266-7778
> *Counsel for First American Title Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed with the Court electronically on June 22, 2026. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Nicholas Capotosto*
Nicholas Capotosto (0076436)
*Counsel for First American Title Insurance Company*